# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155895(73)

KAREN HRAPKIEWICZ,
　　　　　　　Plaintiff-Appellee,

v

WAYNE STATE UNIVERSITY BOARD OF
GOVERNORS,
　　　　　　　Defendant-Appellant.

SC: 155895
COA: 328215; 330189
Wayne CC: 11-015709-CL

_____/

　　　　On order of the Court, the motion of the Michigan Manufacturers Association to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 8, 2017, is accepted for filing.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

　　　　August 15, 2017



Clerk